UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:

BUILDING MATERIALS HOLDING
CORPORATION, *et al.*,[1]
                    Debtors.

---------------------------------------------------------- x

Chapter 11

Case No. 09-12074-KJC

Jointly Administered

# NOTICE OF APPEARANCE AND
# DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Arent Fox LLP hereby appears in the above-captioned cases as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") of Building Materials Holding Corporation, *et al* (the "Debtors"), a party-in-interest herein, and enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers and e-mail addresses:

        Christopher J. Giaimo
        Katie A. Lane
        ARENT FOX LLP
        1050 Connecticut Avenue, NW
        Washington, DC  20036-5339
        Telephone:  (202) 857-6000
        Facsimile:  (202) 857-6395
        giaimo.christopher@arentfox.com
        lane.katie@arentfox.com

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are as follows: Building Materials Holding Corporation (4269); BMC West Corporation (0454); SelectBuild Construction, Inc. (1340); SelectBuild Northern California, Inc. (7579); Illinois Framing, Inc. (4451); C Construction, Inc. (8206); TWF Construction, Inc. (3334); H.N.R. Framing Systems, Inc. (4329); SelectBuild Southern California, Inc. (9378); SelectBuild Nevada, Inc. (8912); SelectBuild Arizona, LLC (0036); and SelectBuild Illinois, LLC (0792).

NYC/438991.1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Committee: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.

Dated: Washington, DC
June 29, 2009

ARENT FOX LLP

By:     */s/ Christopher J. Giaimo*
Christopher J. Giaimo
Katie A. Lane
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

*Proposed* Counsel to Official Committee of Unsecured Creditors

NYC/438991.1