IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BUILDING MATERIALS HOLDING CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12074 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 7 and 56 |

## NOTICE OF PROPOSED FINAL DEBTOR IN POSSESSION FINANCING ORDER

**PLEASE TAKE NOTICE THAT** on June 16, 2009, Building Materials Holding Corporation and its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), filed the Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e), and 507 and Fed. R. Bankr. P. 2002, 4001, and 9014 (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing [Docket No. 7] (the "Motion"). On June 17, 2009, the Court entered an order [Docket No. 56] (the "Interim Order") approving the Motion on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the hearing (the "Hearing") scheduled for July 1, 2009 at 4:30 p.m. (ET) to consider approval of the relief requested in the Motion on a final basis, attached hereto as Exhibit A is a copy of the proposed Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B)

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are as follows: Building Materials Holding Corporation (4269), BMC West Corporation (0454), SelectBuild Construction, Inc. (1340), SelectBuild Northern California, Inc. (7579), Illinois Framing, Inc. (4451), C Construction, Inc. (8206), TWF Construction, Inc. (3334), H.N.R. Framing Systems, Inc. (4329), SelectBuild Southern California, Inc. (9378), SelectBuild Nevada, Inc. (8912), SelectBuild Arizona, LLC (0036), and SelectBuild Illinois, LLC (0792). The mailing address for the Debtors is 720 Park Boulevard, Suite 200, Boise, Idaho 83712.

Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Lenders, and (IV) Modifying the Automatic Stay (the "Proposed Final Order"). For ease of reference, attached hereto as <u>Exhibit B</u> is a copy of the Proposed Final Order marked against the Interim Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to request the Court to enter the Proposed Final Order at the Hearing.

Dated: Wilmington, Delaware
July 1, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Sean M. Beach_
Sean M. Beach (No. 4070)
Donald J. Bowman, Jr. (No. 4383)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19801
Telephone: 302.571.6600
Facsimile: 302.571.1253

---- and ----

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
Matthew K. Kelsey (admitted *pro hac vice*)
Saee M. Muzumdar (admitted *pro hac vice*)
200 Park Ave, 47th Floor
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Aaron G. York (admitted *pro hac vice*)
Jeremy L. Graves (admitted *pro hac vice*)
2100 McKinney Ave, Suite 1100
Dallas, TX 75201-6911
Telephone: 214.698.3100
Facsimile: 214.571.2900

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION