IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BUILDING MATERIALS HOLDING | ) | Case No. 09-12074 (KJC) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | *Ref. Docket no. 328* |

## ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BUILDING MATERIALS HOLDING CORPORATION TO EMPLOY BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP AS ITS DELAWARE COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 1103, FED. R. BANKR. P. 2014, AND DEL. BANKR. L.R. 2014-1, EFFECTIVE AS OF THE DATE OF THE APPOINTMENT OF THE COMMITTEE

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Building Materials Holding Corporation, (the "Debtor") for an Order authorizing the Committee to employ Benesch Friedlander Coplan & Aronoff, LLP ("Benesch") as its Delaware counsel in this chapter 11 case, effective as of the date of the appointment of the Committee, and the Court having reviewed the Application and the Verified Statement of Bradford J. Sandler in Support of the Application (the "Verified Statement"), a partner in the law firm of Benesch, attached to the Application; and the Court having determined that the legal and factual bases set forth in the Application and the Verified Statement establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

---

[1]    The Debtors, along with the last four digits of each Debtor's federal tax identification number, are as follows: Building Materials Holding Corporation (4269), BMC West Corporation (0454), SelectBuild Construction, Inc. (1340), SelectBuild Northern California, Inc. (7579), Illinois Framing, Inc. (4451), C Construction, Inc. (8206), TWF Construction, Inc. (3334), H.N.R. Framing Systems, Inc. (4329), SelectBuild Southern California, Inc. (9378), SelectBuild Nevada, Inc. (8912), SelectBuild Arizona, LLC (0036), and SelectBuild Illinois, LLC (0792). The mailing address for the Debtors is 720 Park Boulevard, Suite 200, Boise, Idaho 83712.

[2]    Capitalized terms not defined herein have the meaning given to them in the Application.

B.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.     Notice of the Application was sufficient under the circumstances.

D.     The Application and the Verified Statement are in full compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

1.     The Application is GRANTED.

2.     The Committee is authorized to employ Benesch as its Delaware counsel in this chapter 11 case in accordance with the Application and the Verified Statement.

3.     Benesch is authorized to perform any and all legal services for the Committee that are necessary or appropriate in connection with this chapter 11 case.

4.     Benesch shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

Dated: Aug 11, 2009

BY THE COURT:

Kevin J. Carey
Chief United States Bankruptcy Judge

2