United States Bankruptcy Court
District of Delaware

In re: Building Materials Holding Corporation, el al., Jointly Administered, Case No. 09-12074

NOTICE OF TRANSFER OF CLAIM APPEARING IN THE DEBTOR'S SCHEDULES PURSUANT TO F.R.B.P. 3001 (e)(1)

**To Transferor**  **Aspen Glass Industries, Inc.**  **Schedule F**
100 10th Avenue N  **Amount of Claim $1,747.80**
Algona, WA 98001-6522

**Name of Transferee** where notices and payments to transferee should be sent:

Creditor Liquidity, L.P.
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

No action is required. However, IF YOU OBJECT TO THE TRANSFER OF THE CLAIM, WITHIN 20 DAYS OF THE DATE THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO:

United States Bankruptcy Court
District of Delaware
3rd Floor
824 North Market Street
Wilmington, DE 19801-3024

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By /s/ Robert J. Tannor      Dated: 7/22/2009
Creditor Liquidity, L.P.

## Evidence of Transfer

Aspen Glass Industries, Inc. ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504, its successors and assigns ("Assignee"), all rights, title and interest in and to the claims of Assignor in the aggregate amount of $1,747.80 as stated in the Proof of Claim and or Debtor's schedules against Building Materials Holding Corporation, el al., Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), Case no. 09-12074 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 1st day of July, 2009

By: _Rhonda L. Cowley_
(Signature of Authorized party)

_Aspen Industries_
(Company Name)

~~Steve Kah~~ Rhonda Cowley
(Print name of Authorized Party)

_206 938 2778_
(Telephone number of Authorized Party)


By: _Robert_
Robert J. Tannor

Creditor Liquidity, LP

914-514-8300
(Telephone number)