**EXHIBIT F**
Feasibility Analysis

# Disclosure Statement Exhibit F

## Projected Financial Information

The following financial projections were prepared by BMHC management and include restructuring assumptions per the plan of reorganization. Emergence from Chapter 11 is assumed to occur on December 31, 2009.

**Reorganized BMHC Summary Projections**
*(Dollars in Millions)*

### Income Statement

| | Q1 10 | Q2 10 | Q3 10 | Q4 10 | FY 2010 | Q1 11 | Q2 11 | Q3 11 | Q4 11 | FY 2011 | FY 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $172.7 | $242.8 | $284.3 | $243.8 | $943.6 | $252.1 | $333.3 | $392.1 | $332.0 | $1,309.5 | $1,830.3 |
| % Growth | 12.5% | 25.6% | 51.1% | 54.3% | 36.2% | 46.0% | 37.3% | 37.9% | 36.2% | 38.8% | 39.8% |
| EBITDA | ($9.4) | $7.1 | $16.1 | $7.4 | $21.2 | ($4.7) | $18.4 | $32.5 | $20.4 | $66.6 | $126.4 |
| % Margin | (5.4%) | 2.9% | 5.7% | 3.0% | 2.2% | (1.8%) | 5.5% | 8.3% | 6.1% | 5.1% | 6.9% |
| Trailing EBITDA | ($9.4) | ($2.3) | $13.8 | $21.2 | | $25.9 | $37.2 | $53.6 | $66.6 | | $126.4 |

*(Starts 1/1/2010, building to 12 months)*

### Balance Sheet

| | Q1 10 | Q2 10 | Q3 10 | Q4 10 | | Q1 11 | Q2 11 | Q3 11 | Q4 11 | | FY 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revolver (a) | $0.0 | $0.0 | $0.0 | $0.0 | | $0.0 | $0.0 | $0.0 | $0.0 | | $0.0 |
| Funded Exit Term Loan (b) | 54.6 | 55.7 | 55.0 | 54.2 | | 53.3 | 52.5 | 51.9 | 51.2 | | 50.9 |
| Take-back Term Loan (c) | 136.7 | 138.4 | 140.2 | 141.9 | | 143.7 | 145.6 | 147.4 | 149.3 | | 135.8 |
| Total Debt | $191.3 | $194.1 | $195.1 | $196.2 | | $197.0 | $198.1 | $199.3 | $200.5 | | $186.6 |
| Unrestricted Cash | $49.6 | $36.8 | $37.7 | $59.1 | | $36.5 | $31.8 | $35.9 | $73.2 | | $127.5 |
| Net Debt | $141.7 | $157.4 | $157.5 | $137.1 | | $160.6 | $166.3 | $163.3 | $127.3 | | $59.1 |
| Total Debt / EBITDA | -- | -- | -- | 9.3 x | | 7.6 x | 5.3 x | 3.7 x | 3.0 x | | 1.5 x |
| Net Debt / EBITDA | -- | -- | -- | 6.5 x | | 6.2 x | 4.5 x | 3.0 x | 1.9 x | | 0.5 x |
| Shareholder's Equity | $112.8 | $108.1 | $112.4 | $107.7 | | $91.7 | $98.0 | $118.2 | $126.4 | | $203.8 |
| Debt / Capitalization | 62.9% | 64.2% | 63.5% | 64.6% | | 68.3% | 66.9% | 62.8% | 61.3% | | 47.8% |

### Interest Expense

| | Q1 10 | Q2 10 | Q3 10 | Q4 10 | FY 2010 | Q1 11 | Q2 11 | Q3 11 | Q4 11 | FY 2011 | FY 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total PIK Interest (Includes LCs) | $3.6 | $3.7 | $3.8 | $3.8 | $14.8 | $3.6 | $3.7 | $3.7 | $3.7 | $14.7 | $6.8 |
| Cash Interest | 2.3 | 2.4 | 2.5 | 2.4 | 9.5 | 2.3 | 2.4 | 2.5 | 2.4 | 9.7 | 17.2 |
| Total Interest | $5.9 | $6.1 | $6.2 | $6.2 | $24.3 | $6.0 | $6.1 | $6.2 | $6.1 | $24.4 | $24.0 |

### Letters of Credit

| | Q1 10 | Q2 10 | Q3 10 | Q4 10 | | Q1 11 | Q2 11 | Q3 11 | Q4 11 | | FY 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Post-petition LC's (d) | $14.0 | $23.5 | $23.5 | $23.5 | | $16.5 | $24.0 | $27.0 | $30.0 | | $49.5 |
| Pre-petition LC's | 106.5 | 101.8 | 97.2 | 92.4 | | 85.8 | 79.6 | 73.3 | 66.9 | | 43.2 |

(a) $50 mm exit revolver.
(b) First $5.0 million in asset sales proceeds are applied 100% to the Revolver. Additional asset sale proceeds are applied to the Funded Exit Term Loan and Revolver (including LCs) on a pro rata basis.
(c) $135 mm Term Loan issued at exit per Plan of Reorganization. Paid down by 100% of Excess Cash Flow.
(d) Assumes $10 million in performance LCs present in 2010 are no longer required by 2011 due to improved business performance and increased credit quality.

**Reorganized BMHC Projected Availability Analysis**
*(Dollars in Millions)*

| | Q1 10 | Q2 10 | Q3 10 | Q4 10 | Q1 11 | Q2 11 | Q3 11 | Q4 11 | FY 2012 |
|---|---|---|---|---|---|---|---|---|---|
| Gross Trade AR | $80.7 | $118.3 | $128.2 | $102.8 | $112.5 | $149.7 | $176.6 | $149.1 | $190.1 |
| Available AR | 24.2 | 35.5 | 38.4 | 30.8 | 33.7 | 44.9 | 53.0 | 44.7 | 57.0 |
| Gross Inventory | $61.7 | $73.0 | $82.0 | $72.2 | $82.5 | $94.7 | $103.9 | $87.3 | $117.4 |
| Available Inventory | 21.2 | 25.1 | 28.1 | 24.8 | 28.3 | 32.5 | 35.6 | 30.0 | 40.3 |
| Property & Equipment Appraised (a) | $131.9 | $131.9 | $131.9 | $131.9 | $131.9 | $131.9 | $131.9 | $131.9 | $131.9 |
| Property & Equipment Available | 65.9 | 65.9 | 65.9 | 65.9 | 65.9 | 65.9 | 65.9 | 65.9 | 65.9 |
| OLV of Equipment | $17.8 | $17.8 | $17.8 | $17.8 | $17.8 | $17.8 | $17.8 | $17.8 | $17.8 |
| Available Equipment | 13.4 | 13.4 | 13.4 | 13.4 | 13.4 | 13.4 | 13.4 | 13.4 | 13.4 |
| Reserves | (2.7) | (2.7) | (2.7) | (2.7) | (2.7) | (2.7) | (2.7) | (2.7) | (2.7) |
| Borrowing Base | $122.0 | $137.2 | $143.2 | $132.2 | $138.7 | $154.0 | $165.2 | $151.3 | $173.9 |
| Less: PIK Interest Term Loan | ($1.1) | ($2.2) | ($3.3) | ($4.4) | ($5.5) | ($6.5) | ($7.6) | ($8.6) | ($12.7) |
| Less: PIK Fee on LCs (Post-Petition) | (0.2) | (0.4) | (0.7) | (1.0) | (1.2) | (1.5) | (1.9) | (2.3) | (5.0) |
| Borrowing Base Less PIK Interest / Fees | $120.8 | $134.6 | $139.2 | $126.8 | $132.0 | $146.0 | $155.8 | $140.4 | $156.3 |
| Balance Sheet Cash - Unrestricted | $49.6 | $36.8 | $37.7 | $59.1 | $36.5 | $31.8 | $35.9 | $73.2 | $127.5 |
| Revolver Availability | 36.0 | 26.5 | 26.5 | 26.5 | 33.5 | 26.0 | 23.0 | 20.0 | 0.5 |
| **Total Liquidity** | **$85.6** | **$63.3** | **$64.2** | **$85.6** | **$70.0** | **$57.8** | **$58.9** | **$93.2** | **$128.0** |

Note: Approximate advance rates of : AR - 30%, Inventory - 35%, Property and Equipment - 50% of appraisal value, 75% of the OLV of Equipment.
Borrowing Base excludes $50 million in Excess Real Estate.
(a) $11 mm, $11 mm and $8 mm in Excess Real Estate Asset sales in 2010, 2011 and 2012 respectively (amounts net of tax and 6% real estate commission, Gross Proceeds of $12.5 mm, $12.5 mm and $10 mm respectively).

**Income Statement**

*Revenue*
Revenue is forecast to grow from $693 million to $1,830 million over the forecast period due to an anticipated recovery in single family home construction from current historically low levels. Management's expectation for such a recovery is supported by its view that 2009 housing starts have fallen to roughly 30% of a more normalized run rate (calculated as an average of the last 15 years excluding the top three years in each market).

*Gross Profit Margin*
Gross Profit Margin on a consolidated basis improves modestly over the forecast period. This is driven in part by operating leverage in the Company's millwork, truss and construction services operations as volumes increase. On a market by market review of the businesses Management took a conservative view and in most cases assumed a very modest increase in margin over the forecast period driven by improved competitive dynamics. The Debtors are the largest custom millwork operator in the country giving the Debtors significant advantages in purchasing power, expertise and technology which will generate increased gross margin levels as sales volumes recover. Return to a stronger balance sheet position will return the ability to more effectively negotiate price discounts with major suppliers and provide the flexibility to buy ahead of major commodity price movements. Recent technology implementations continue to improve efficiencies (dispatch and delivery systems, centralization of truss engineering and take-offs, etc.)

*EBITDA Margin*
Following the recently completed detailed business by business review of Alvarez and Marsal, Management believes it has rationalized and stabilized its SG&A expenses to the point where top line sales improvement will result in gradual EBITDA margin expansion back to a level consistent with the long run average EBITDA margin of the business.

*Excess Real Estate Asset Sales*
The BMC West and SelectBuild Debtors own a large portfolio of real estate assets and have identified approximately $50 million of excess real estate that is no longer required to support the business. The Projections assume a portion of this excess real estate will be sold in an orderly process realizing net after tax and commission proceeds of $11 million, $11 million and $8 million in 2010, 2011 and 2012 respectively. The Revenue, EBITDA and EBIT numbers as shown in the exhibits exclude the impact of these sales. Under terms of the Plan, the first $5 million asset sales (including excess real estate sales proceeds) are used to pay down amounts outstanding on the revolver or accrue as excess cash on the balance sheet. All further excess real estate sale proceeds are used to pay down amounts outstanding on the "Funded Exit" Term Loan and Revolver, inclusive of Letters of Credit, on a pro rata basis.

*Tax*
Based on a preliminary opinion of the company's auditors, Management assumed that it will have the ability to utilize Normal Operating Losses ("NOLs") to substantially offset a significant portion of its taxable income during the forecast period. Specifically, PWC estimates that the Reorganized Debtors will pay no taxes in 2010 and approximately 2% of book pre-tax income in the years 2011-2012. Over the long term the company anticipates that it will eventually pay taxes at a 40% rate. PWC's findings are preliminary and actual future tax payments may vary considerably from this forecast.

*Incentive Plans*
The Projections include sales commissions and bonuses for field personnel however, excludes any provision for a corporate level management incentive plan.

2
DB02:8855129.1                                                                              068301.1001

**Balance Sheet and Cash Flow Statement**

*Restructuring Adjustments*
Various Balance Sheet adjustments are assumed to occur upon emergence at December 31, 2009 to implement the Plan and have the effect of reducing or cancelling certain pre petition assets and liabilities. These adjustments include among others, the creation of a "Take-back" Term Loan ($135 million) in satisfaction of various pre petition Secured Lender claims. The Balance Sheet does not include Fresh Start accounting adjustments; therefore additional adjustments especially to the Shareholder's Equity account will be required pending completion of work by the Debtors' auditors.

*Working Capital*
The Debtors anticipate that over the forecast period there will be a gradual return to more normalized trade terms (consistent with historical averages) for both vendors and customers as their level of concern over the Reorganized Debtors' viability subsides and overall market conditions return to normal levels. This includes among other impacts a return to more normalized bad debt levels as the financial status of the customer base stabilizes.

*"Take-back" Term Loan*
The $135 million Term Loan bears interest at L+500. The Libor portion is cash pay for the life of the loan while the 500 bps margin is PIK for the first 2 years then cash pay thereafter. The Term Loan is entitled to receive various mandatory prepayments including 100% of Excess Cash Flow ("Excess Cash Flow") which is defined as EBITDA less capital expenditures, less increase in working capital, less cash taxes and less cash interest. The projected financial information assumes the Reorganized Debtors use the PIK feature to maximum extent allowed by the Term Loan agreement. Any Excess Cash payments as required under the Plan are paid annually in arrears during the second quarter of each year.

*Funded Exit Term Loan*
Under the terms of the Plan, the Reorganized Debtors will receive $52.3 million ($53.5 mm less OID of $1.25 mm) in cash from the Funded Exit Term Loan upon exit from Chapter 11. The Term Loan bears interest at L+1200, with the option to PIK 6.0% plus an additional 2.0% incremental fee. 9.0% is cash pay for the life of the loan while the Reorganized Debtors have the option to PIK 8.0% until maturity. The projected financials assume the Reorganized Debtors use max PIK option.

*Exit Revolver*
Under terms of the Plan, the Reorganized Debtors anticipate having access to a $50 million revolving credit facility with borrowing base terms equivalent to those in the pre petition revolving credit facility. The projected Exit Revolver Balance of $0.0 million at year end 2009 includes the cash effects of all transactions necessary to complete the exit from bankruptcy including among other things repayment of estimated borrowings under the DIP Revolver, payment of accrued and unpaid bankruptcy related professional fees and payment of exit financing fees as specified in the Plan. The Exit Revolver outstanding balance will be subject to an interest rate of L+1200 and unused commitments will carry a fee of 50bps. The borrowing base will cover both the Exit Revolver and Funded Exit Term Loan.

*General Unsecured Creditor Settlement*
Under terms of the Plan, pre petition General Unsecured Creditors of the Debtors receive a lump sum $2 million payment.

*Letters of Credit*
Under terms of the Plan, pre petition Letters of Credit ("OldCo LC's") in the amount of $113 million remain outstanding as liabilities of certain pre petition secured lenders. The Projections assume that the Reorganized Debtors continue to meet their obligations under the terms of various lease, insurance and other agreements governing the OldCo LC's and therefore the OldCo LC's should remain undrawn and expire in due course. OldCo LC's accrue a 2.5% PIK fee for the first two years then pay 2.5% cash fees thereafter. The Projections assume that the Reorganized Debtors will require new Letters of Credit ("NewCo LC's") which are issued under terms of the Exit Revolver and incur fees of 6.5%. The

Reorganized Debtors have the option to pay fees all in cash or to pay cash fees of 3.5% and PIK fees of 3.0% plus an additional 2.0%. Only NewCo LC's reduce the amount of available unused Revolver capacity. The projected financials assume the max PIK option is utilized and that the Reorganized Debtors will have the ability to cash collateralize LC's.

*Capital Expenditures*
Gradually increase over the forecast period from 0.2% to 0.5% of sales to support the anticipated return to higher sales levels. Through the business unit review process Management has been very focused on ensuring that the go forward business maintains an appropriate footprint in terms of people, machines and real estate to support the return to a more normalized level of business.

## Unaudited Pro Forma Reorganized BMHC Summary Financial Statements

### Reorganized BMHC Income Statement

| (Dollars in Millions) | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| Revenue | $693.0 | $943.6 | $1,309.5 | $1,830.3 |
| % Growth | -- | 36.2% | 38.8% | 39.8% |
| | | | | |
| Gross Profit | $151.0 | $209.5 | $289.7 | $399.9 |
| % Margin | 21.8% | 22.2% | 22.1% | 21.8% |
| | | | | |
| EBITDA | ($15.4) | $21.2 | $66.6 | $126.4 |
| % Margin | (2.2%) | 2.2% | 5.1% | 6.9% |
| | | | | |
| EBIT | ($53.3) | ($1.2) | $44.3 | $104.0 |
| % Margin | (7.7%) | (0.1%) | 3.4% | 5.7% |
| | | | | |
| Total Interest Expense | $21.3 | $24.3 | $24.4 | $24.0 |

### Reorganized BMHC Balance Sheet

| (Dollars in Millions) | Pro Forma 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash - Unrestricted | $60.3 | $59.1 | $73.2 | $127.5 |
| Cash - Restricted | 0.0 | 1.6 | 4.9 | 9.2 |
| Accounts Receivable -Net | 64.5 | 96.2 | 138.3 | 175.5 |
| Inventory | 53.2 | 72.2 | 87.3 | 117.4 |
| Non Go Forward | 49.2 | 38.7 | 29.3 | 21.8 |
| Costs in Excess of Billings | 4.8 | 9.0 | 12.3 | 17.1 |
| Prepaid Expenses and Other | 6.3 | 6.3 | 9.3 | 12.8 |
| Total Current Assets | $238.3 | $283.1 | $354.5 | $481.4 |
| | | | | |
| Property, Plant & Equipment, net | 139.5 | 125.4 | 113.7 | 104.6 |
| Goodwill and Other Intangibles | 16.0 | 12.8 | 9.6 | 6.5 |
| Other Long-Term Assets | 10.9 | 8.3 | 5.7 | 3.1 |
| Total Assets | $404.7 | $429.6 | $483.6 | $595.5 |
| | | | | |
| **Liabilities and Shareholders' Equity** | | | | |
| Accounts Payable - Trade | $17.7 | $34.5 | $48.4 | $71.7 |
| Insurance Deductible Reserves | 13.1 | 14.5 | 16.0 | 17.6 |
| Billings in Excess of Costs | 1.5 | 4.5 | 6.1 | 8.6 |
| IRS Tax Liability | 7.0 | 5.7 | 4.7 | 3.7 |
| Other | 22.8 | 43.6 | 55.5 | 74.7 |
| Total Current Liabilities | $62.2 | $102.8 | $130.6 | $176.3 |
| | | | | |
| Revolver - Exit | 0.0 | 0.0 | 0.0 | 0.0 |
| Take-back Exit Term Loan | 135.0 | 141.9 | 149.3 | 135.8 |
| Funded Exit Term Loan | 53.5 | 54.2 | 51.2 | 50.9 |
| Accrued LC Interest | 0.0 | 3.5 | 6.7 | 9.4 |
| Other Long-Term Liabilities | 19.4 | 19.4 | 19.4 | 19.4 |
| Shareholder's Equity | 134.6 | 107.7 | 126.4 | 203.8 |
| Total Liabilities and Equity | $404.7 | $429.6 | $483.6 | $595.5 |

**Reorganized BMHC Cash Flow Statement**

*(Dollars in Millions)*

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| Net Income Before Restructuring Expenses | ($25.9) | $19.6 | $78.2 |
| Restructuring Expenses | 0.0 | 0.0 | 0.0 |
| Depreciation & Amortization | 22.3 | 22.3 | 22.3 |
| Loan Cost Amortization | 2.6 | 2.6 | 2.6 |
| Changes in Other Long Term Assets and Liabilities | 0.0 | 0.0 | 0.0 |
| Changes in Working Capital | (13.5) | (35.6) | (30.1) |
| Cash Flow From Operations | (14.5) | 9.0 | 73.1 |
|  |  |  |  |
| Asset Sales (a) | 9.7 | 9.4 | 7.5 |
| Real Estate Commissions Paid | (0.8) | (0.8) | (0.6) |
| Capital Expenditures | (5.0) | (7.5) | (10.0) |
| Cash Flow from Investing Activities | 4.0 | 1.1 | (3.1) |
|  |  |  |  |
| PIK Interest | 14.8 | 14.7 | 6.8 |
| Change in Restricted Cash | (1.6) | (3.3) | (4.3) |
| Exit Loan Costs | 0.0 | 0.0 | 0.0 |
| Debt Repayment | (3.7) | (7.2) | (17.9) |
| Agency Fees | (0.2) | (0.2) | (0.2) |
| Revolver Borrowings / (Payments) | 0.0 | 0.0 | 0.0 |
| Bankruptcy Related Adjustments | 0.0 | 0.0 | 0.0 |
| Cash Low from Financing | 9.4 | 4.0 | (15.7) |
|  |  |  |  |
| Beginning Cash Balance | 60.3 | 59.1 | 73.2 |
| Change in Cash | (1.2) | 14.1 | 54.3 |
| Ending Cash Balance | 59.1 | 73.2 | 127.5 |

(a) After-tax gain on Real Estate sales of $2 mm included in Net Income Before Restructuring Expenses in 2010, 2011 and 2012.