IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BUILDING MATERIALS HOLDING CORPORATION, *et al.*,[1]<br><br>　　　　　　Debtors. | )<br>)　Chapter 11<br>)<br>)<br>)　Case No. 09-12074 (KJC)<br>)<br>)　Jointly Administered<br>)<br>)　Ref. Docket No. 737, 826<br>)<br>)<br>) |

ORDER GRANTING DEBTORS' MOTION FOR AN ORDER
PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING
THE EXCLUSIVE PERIODS WITHIN WHICH THE DEBTORS MAY
FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon consideration of the motion (the "*Motion*") of Building Materials Holding Corporation and its affiliates, as debtors and debtors in possession (collectively the "*Debtors*"), for entry of an order pursuant to 11 U.S.C. § 1121(d) and Bankruptcy Rule 9006 extending the Exclusive Periods[2] within which to file a chapter 11 plan and solicit acceptances thereof, and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest and due and proper notice having been given under the circumstances; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); it is hereby:

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are as follows: Building Materials Holding Corporation (4269), BMC West Corporation (0454), SelectBuild Construction, Inc. (1340), SelectBuild Northern California, Inc. (7579), Illinois Framing, Inc. (4451), C Construction, Inc. (8206), TWF Construction, Inc. (3334), H.N.R. Framing Systems, Inc. (4329), SelectBuild Southern California, Inc. (9378), SelectBuild Nevada, Inc. (8912), SelectBuild Arizona, LLC (0036), and SelectBuild Illinois, LLC (0792). The mailing address for the Debtors is 720 Park Boulevard, Suite 200, Boise, Idaho 83712.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Motion.

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Exclusive Period within which the Debtors may propose a plan or plans of reorganization in these chapter 11 cases shall be extended through and including January 12, 2010; and it is further

ORDERED, that the Exclusive Period within which the Debtors may solicit acceptances of a plan or plans of reorganization in these chapter 11 cases shall be extended through and including March 15, 2010; and it is further

ORDERED, that the entry of this Order shall be without prejudice to the rights of the Debtors to seek further extensions of the Exclusive Periods or to seek other appropriate relief; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: Wilmington, Delaware
November 19, 2009

_____
Kevin J. Carey
Chief United States Bankruptcy Judge