# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br> **BUILDING MATERIALS HOLDING CORPORATION,** *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-12074 (KJC) <br><br> Jointly Administered |

### NOTICE OF (A) EFFECTIVE DATE OF ORDER CONFIRMING THE JOINT PLAN OF REORGANIZATION FOR THE DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AMENDED DECEMBER 14, 2009 (WITH TECHNICAL MODIFICATIONS) AND (B) DEADLINES FOR FILING CERTAIN CLAIMS

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES-IN-INTEREST**:

### Confirmation of Plan of Reorganization and Occurrence of Effective Date

**PLEASE TAKE NOTICE** that on June 16, 2009 (the "***Petition Date***"), the above captioned debtors and debtors-in-possession (the "***Debtors***") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "***Chapter 11 Cases***") with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court entered an order (the "***Confirmation Order***") confirming the Joint Plan of Reorganization for the Debtors under Chapter 11 of the Bankruptcy Code Amended December 14, 2009 (With Technical Modifications) (the "***Plan***") on December 17, 2009 (the "***Confirmation Date***"). Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Plan and the Confirmation Order may be obtained by contacting the Debtors' Balloting and Claims Agent, in writing, at The Garden City Group, Inc. ("***GCG***"), Attn: Building Materials Holding Corporation, P.O. Box 9393, Dublin, OH 43017-4293. The Plan and Confirmation Order are also available free of charge on the Debtors' restructuring website located at http://bmhcrestructuring.com. The Plan and the Confirmation Order can also be viewed on the Court's website at www.deb.uscourts.gov. You may also contact the Debtors' claims agent, GCG, at 1-866-364-4266.

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are as follows: Building Materials Holding Corporation (4269), BMC West Corporation (0454), SelectBuild Construction, Inc. (1340), SelectBuild Northern California, Inc. (7579), Illinois Framing, Inc. (4451), C Construction, Inc. (8206), TWF Construction, Inc. (3334), H.N.R. Framing Systems, Inc. (4329), SelectBuild Southern California, Inc. (9378), SelectBuild Nevada, Inc. (8912), SelectBuild Arizona, LLC (0036), and SelectBuild Illinois, LLC (0792). The mailing address for the Debtors is 720 Park Boulevard, Suite 200, Boise, Idaho 83712.

**PLEASE TAKE FURTHER NOTICE** that the Plan became effective on January 4, 2010 (the "*Effective Date*"). Each of the conditions to the Effective Date have been satisfied or waived in accordance with section 10.1.2 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order, and their respective terms and provisions, are binding on the Debtors, the Reorganized Debtors, any entity acquiring or receiving property or a distribution under the Plan, and any present or former holder of a Claim against or Interest in the Debtors and their respective successors, assigns, and parties-in-interest, including all Governmental Units, whether or not the applicable Claim or Interest of such holder is impaired under the Plan and whether or not such holder or entity voted to accept or reject the Plan (or abstained from voting on the Plan).

### Deadline for Filing Claims Arising from Rejection of Executory Contracts and Unexpired Leases Pursuant to the Plan

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 6.1 of the Plan, the Debtors filed a Rejected Executory Contract and Unexpired Lease List on December 16, 2009, and all agreements listed therein shall be rejected effective as of the date specified therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order and section 6.2 of the Plan, all agreements or policies relating to vacation or personal time off, including agreements, plans or policies of Subsidiary Debtors that have been in effect from time to time and any contractual commitments or accepted offers of employment that contain more favorable vacation or personal time off terms than the BMC West Vacation Policy 2009 that was in effect as of the June 16, 2009 Petition Date shall be rejected effective as of the Confirmation Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order and section 6.3 of the Plan, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan or the Confirmation Order, including with respect to rejected vacation and/or paid time off programs or agreements and all Executory Contracts or Unexpired Leases identified on the Rejected Executory Contract and Unexpired Lease List, must be filed with the Bankruptcy Court within thirty (30) days after the January 4, 2010 Effective Date and served upon GCG, the Balloting and Claims Agent, as follows: (i) if by first class mail: The Garden City Group, Inc., Attn: Building Materials Holding Corporation, P.O. Box 9393, Dublin, OH 43017-4293; or (ii) if by messenger or overnight courier: The Garden City Group, Inc., Attn: Building Materials Holding Corporation, 5151 Blazer Parkway, Suite A, Dublin, OH 43017. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed and served as specified within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors or the Reorganized Debtors, the Estates, or their property without the need for any objection by the Reorganized Debtors or further notice to, or action, order, or approval of the Bankruptcy Court. All Allowed Claims arising from the rejection of the Debtors' Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims and shall be treated in accordance with section 4.6 or 4.8 of the Plan, whichever may be applicable.

**Deadline for Filing Professional Compensation Claims**

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding any other provision of the Plan dealing with Administrative Expense Claims, any Person asserting a Professional Compensation Claim shall, no later than thirty (30) days after the December 17, 2009 Confirmation Date (the "***Professional Compensation Claims Bar Date***"), file a final application for allowance of compensation for services rendered and reimbursement of expenses incurred through the Confirmation Date.

**PLEASE TAKE FURTHER NOTICE** that all final fee applications of Professionals shall be filed with the Bankruptcy Court and actually served on or prior to the Professional Compensation Claims Bar Date upon the following parties: (i) Building Materials Holding Corporation, 720 Park Boulevard, Suite 200, Boise, Idaho 83712, Attn: Paul S. Street; (ii) Gibson, Dunn & Crutcher LLP, 200 Park Ave., New York, New York 10166, Attn: Michael A. Rosenthal and Matthew K. Kelsey; (iii) Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Attn: Sean M. Beach and Robert F. Poppiti, Jr.; (iv) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Joseph McMahon; (v) Arent Fox, LLP, 1050 Connecticut Avenue, NW, Washington, DC 20036-5339, Attn: Christopher J. Giaimo and Katie A. Lane; (vi) Benesch, Friedlander, Coplan & Aronoff LLP, 222 Delaware Avenue, Suite 801, Wilmington, Delaware 19801, Attn: Bradford J. Sandler; (vii) Paul, Hastings, Janofsky & Walker LLP, 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105, Attn: Kevin B. Fisher; and (viii) Paul, Hastings, Janofsky & Walker LLP, 75 E. 55th Street, First Floor, New York, NY 10022, Attn: Thomas L. Kent (collectively, the "***Notice Parties***").

**PLEASE TAKE FURTHER NOTICE** that any objection to any final fee application shall be filed with the Bankruptcy Court, together with proof of service thereof, and served upon the applicable Professional and the other Notice Parties, so as to be actually received not later than 4:00 p.m. (prevailing Eastern Time) on the date that is twenty (20) days after such final fee application is filed with the Bankruptcy Court and served upon the Notice Parties (the "***Professional Fees Objection Deadline***"). Only those objections made in writing and timely filed and received by the Professional Fees Objection Deadline will be considered by the Bankruptcy Court. If no objection to a final fee application is timely filed and served in accordance with the procedures set forth herein, then the Bankruptcy Court may enter a final order approving such uncontested final fee application without further notice and the Reorganized Debtors may pay the amounts described in such uncontested final fee application (or if any final fee application is the subject of an objection, the Reorganized Debtors may pay the undisputed amounts described in such final fee application). The hearing to consider approval of the final fee applications, if necessary, will be held as soon as reasonably practicable after the expiration of the Professional Fees Objection Deadline and the date of such hearing will be promptly provided to the applicable Professional and Notice Parties and posted on the Debtors' restructuring website at http://bmhcrestructuring.com.

> **ALL PLEADINGS FILED WITH, AND ORDERS GRANTED BY, THE BANKRUPTCY COURT ARE AVAILABLE FOR INSPECTION ON THE BANKRUPTCY COURT'S INTERNET SITE AT WWW.DEB.USCOURTS.GOV AND AT NO COST FROM THE REORGANIZED DEBTORS' RESTRUCTURING WEBSITE: HTTP://BMHCRESTRUCTURING.COM.**

4

| | |
|---|---|
| Dated: January 4, 2010<br>    Wilmington, Delaware | BY THE ORDER OF THE COURT<br>THE HONORABLE KEVIN J. CAREY |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Sean M. Beach, Esq.
Donald J. Bowman, Jr., Esq.
Robert F. Poppiti, Jr., Esq.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal, Esq.
Matthew K. Kelsey, Esq.
Aaron G. York, Esq.
200 Park Avenue
New York, New York 10166-0193

Attorneys For Debtors And Debtors-In-Possession

4

DB02:9097103.1                    068301.1001