IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BUILDING MATERIALS HOLDING | ) | Case No. 09-12074 (KJC) |
| CORPORATION, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos.: 805 & 982, 1412 |
| | ) | |

**AGREED ORDER GRANTING JOINT MOTION FOR RELIEF FROM STAY
AND PLAN INJUNCTION TO ALLOW STATE COURT LITIGATION TO PROCEED**

Upon consideration of the Joint Motion for Relief from Stay to Allow State Court Litigation to Proceed (the "Joint Motion"), it appearing that proper notice of the Joint Motion has been given and that no further notice is required prior to granting the relief requested in the Joint Motion, and the Court having found that the relief sought therein is reasonable and necessary, IT IS HEREBY:

ORDERED, that the Joint Motion is GRANTED to the extent set forth herein; and it is further

ORDERED, that pursuant to 11 U.S.C. §362, the automatic stay and the injunction imposed by the Plan and Confirmation Order (the "Plan Injunction") which prevents persons or entities from bringing or continuing any actions against the Debtors on account of prepetition claims are modified and lifted to permit the Alvstad Plaintiffs[2] to proceed with the

---

[1] The Reorganized Debtors, along with the last four digits of each Reorganized Debtor's tax identification number, are as follows: Building Materials Holding Corporation (4269), BMC West Corporation (0454), SelectBuild Construction, Inc. (1340), SelectBuild Northern California, Inc. (7579), Illinois Framing, Inc. (4451), C Construction, Inc. (8206), TWF Construction, Inc. (3334), H.N.R. Framing Systems, Inc. (4329), SelectBuild Southern California, Inc. (9378), SelectBuild Nevada, Inc. (8912), SelectBuild Arizona, LLC (0036), and SelectBuild Illinois, LLC (0792). The mailing address for the Reorganized Debtors is 720 Park Boulevard, Suite 200, Boise, Idaho 83712.

[2] Capitalized shall have the same meaning ascribed to them in the Motion, unless otherwise defined herein.

Oregon Actions for the sole purpose of allowing the Movants' to recover the applicable insurance proceeds; and it is further

ORDERED, that the Alvstad Plaintiffs may collect on any resulting final judgment or settlement from any applicable liability insurance policies covering the Debtors; and it is further

ORDERED, that the Alvstad Plaintiffs' prepetition or post-petition claims related to the Oregon Actions shall be limited to the extent of applicable insurance proceeds; and it is further

ORDERED, that the Alvstad Plaintiffs' recovery from any applicable insurer shall be subject to any and all deductibles or self-insured retentions applicable to the relevant insurance policies; and it is further

ORDERED, that parties hereby acknowledge and agree that this Order shall fully and finally resolve, any direct, pre-petition, post-petition, administrative, or other claim against the Debtors of any kind or nature, arising out of or related to the Oregon Actions, provided, however, that the Alvstad Plaintiffs shall retain the authority to pursue the applicable insurance proceeds as set forth herein; and it is further

ORDERED, that nothing in this Order shall prejudice any rights of the applicable insurance carriers, including without limitation all rights, claims or defenses of the insurance carriers in the Oregon Actions, including subrogation rights, which are fully preserved; and it is further

ORDERED, that this Court shall retain jurisdiction over any matters arising from or related to the implementation or interpretation of the Order.

Dated: Wilmington, Delaware
       June 24, 2010

_____
The Honorable Kevin J. Carey, Chief Judge
United States Bankruptcy Court

YCST01:8993900.7                                                                                    068301.1001